**258**

Mrs. Gladys REGISTER, Appellee,

v.

GREAT ATLANTIC AND PACIFIC TEA
COMPANY, Appellant.

No. 9474.

United States Court of Appeals
Fourth Circuit.

Argued Oct. 2, 1964.

Decided Oct. 7, 1964.

William W. Taylor, Jr., Raleigh, N. C., and Chas. B. Aycock, Kinston, N. C. (White & Aycock, Kinston, N. C., Thomas F. Ellis, and Maupin, Taylor & Ellis, Raleigh, N. C., on brief), for appellant.

Walton K. Joyner, Raleigh, N. C. (W. Olin Reed, Thomas B. Griffin, Kinston, N. C., and William T. Joyner, Raleigh, N. C., on brief), for appellee.

Before SOBELOFF, Chief Judge, and FAHY and BRYAN, Circuit Judges.

PER CURIAM.

Judgment is affirmed upon the opinion of the District Court, 235 F.Supp. 847.

Affirmed.

BABY WORLD COMPANY, Inc.,
Appellee,

v.

Alan DANIELS, Appellant.

No. 112, Docket 29046.

United States Court of Appeals
Second Circuit.

Argued Oct. 23, 1964.

Decided Oct. 30, 1964.

Samuel B. Brouner, New York City (Murray H. Paloger, New York City, of Counsel), for appellant.

Elias Mann, New York City (Levin & Weintraub, New York City, Herman A. Bursky, New York City, of Counsel), for appellee.

Before FRIENDLY, KAUFMAN and ANDERSON, Circuit Judges.

PER CURIAM.

We affirm upon the well reasoned opinion of Judge Dooling, D. C., 236 F.Supp. 283.